MATTHEW J. JACOBS (SBN 171149)
  mjacobs@velaw.com
KATHERINE C. KIM (SBN 240951)
  kkim@velaw.com
ELLIOTT J. JOH (SBN 264927)
  ejoh@velaw.com
VINSON & ELKINS LLP
525 Market Street, Suite 2750
San Francisco, CA 94105
Telephone:  (415) 979-6900
Facsimile:   (415) 651-8786

Attorneys for Defendant JOHN NGUYEN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 11-00308 DLJ |
| Plaintiff, | **STIPULATION AND []** |
| v. | **ORDER TO EXTEND FILING DATE OF MOTION(S) TO BE FILED ON** |
| VALDOVINOS, et al., | **SEPTEMBER 13, 2012 TO SEPTEMBER 20, 2012** |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED AS FOLLOWS:

The parties have been meeting and conferring in good faith regarding discovery matters prior to now in an effort to resolve and crystallize any disputes. Accordingly, Defendants John Nguyen, Elaine Ly, Claudia Valdovinos, and Pablo Curiel, by and through their attorneys, and the United States, by and through Assistant United States Attorney Grant P. Fondo, stipulate and agree that,

1309746v.1

**STIPULATION AND [] ORDER TO EXTEND FILING DATE OF MOTION(S) TO BE FILED ON SEPT. 13, 2012 TO SEPT. 20, 2012**   1   **CASE NO. CR 11-00308 DLJ**

1  subject to court approval, the motion(s) that were to be filed on September 13, 2012, will now be
2  filed on September 20, 2012.  Oppositions will be due on October 4, 2012.  Replies, if any, will be
3  due on October 11, 2012.  The hearing currently noticed on October 25, 2012 will remain on
4  calendar.
5      IT IS SO STIPULATED.
6  Dated:  September 12, 2012                                  Respectfully submitted,

By:  */s/ Matthew J. Jacobs*
     Matthew J. Jacobs
     Attorney for Defendant
     JOHN NGUYEN

By:  */s/ Jeane DeKelver*
     Jeane DeKelver
     Attorney for Defendant
     Elaine Ly

By:  */s/ Alfredo M. Morales*
     Alfredo M. Morales
     Attorney for Defendant
     Claudia Valdovinos

By:  */s/ Tom Ferrito*
     Tom Ferrito
     Attorney for Defendant
     Pablo Curiel

By:  */s/ Grant P. Fondo*
     Grant P. Fondo
     Attorney for Plaintiff
     United States of America

1309746v.1

**STIPULATION AND [] ORDER TO EXTEND
FILING DATE OF MOTION(S) TO BE FILED ON
SEPT. 13, 2012 TO SEPT. 20, 2012**          2          **CASE NO. CR 11-00308 DLJ**

| | **[] ORDER** |
|---|---|

Pursuant to agreement and stipulation of the parties and for good cause shown, the Court HEREBY ORDERS that the motion(s) that were to be filed on September 13, 2012, will now be filed on September 20, 2012. Oppositions will be due on October 4, 2012. Replies, if any, will be due on October 11, 2012. The hearing date currently noticed on October 25, 2012 will remain on calendar.

**IT IS SO ORDERED.**

DATED: _____   _____
Honorable D. Lowell Jensen
United States Senior District Judge

1309746v.1

STIPULATION AND [] ORDER TO EXTEND
FILING DATE OF MOTION(S) TO BE FILED ON
SEPT. 13, 2012 TO SEPT. 20, 2012          3          CASE NO. CR 11-00308 DLJ