MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

GRANT P. FONDO (CABN 181530)
Assistant United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Assistant United States Attorney

150 Almaden Boulevard, Suite 900
San Jose, California 95113
Telephone: (408) 535-5035
Fax: (408) 535-5066
E-Mail: grant.fondo@usdoj.gov

Attorneys for Plaintiff

**FILED**

OCT 2 2 2012

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 11-00308 DLJ |
| v. | STIPULATION CONTINUING ARRAIGNMENT ON SECOND SUPERSEDING INDICTMENT; ORDER [proposed] |
| NORMA VALDOVINOS, ET AL., | |
| Defendants. | |

The United States, by and through its counsel of record, Assistant United States Attorneys Grant P. Fondo and David R. Callaway, and defendants Linda Tran, Elaine Ly, John Nguyen, and Pablo Curiel, hereby file this stipulation, requesting that the defendants' arraignment on the Second Superseding Indictment be rescheduled from October 11, 2012, to November 1, 2012, at 1:30 p.m., before the Honorable Howard R. Lloyd. The basis for the continuance is to accommodate defense counsel's schedules.

//

//

//

STIP RE ARRAIGNMENT; [PROPOSED] ORDER
CR 11-00308 DLJ

| | |
|---|---|
| DATED: October 17, 2012 | Respectfully submitted,<br><br>MELINDA HAAG<br>United States Attorney<br><br>/S/<br>_____<br>GRANT P. FONDO<br>DAVID R. CALLAWAY<br>Assistant United States Attorneys<br><br>/S/<br>_____<br>ROBERT CAREY<br>Counsel for Defendant Tran<br><br>/S/<br>_____<br>JEANE DEKELVER<br>Counsel for Defendant LY<br><br>/S/<br>_____<br>MATTHEW JACOBS<br>Counsel for Defendant Nguyen<br><br>/S/<br>_____<br>THOMAS FERRITO<br>Counsel for Defendant Curiel |

## ORDER

Based on the parties' stipulation, and for good cause shown,

IT IS HEREBY ORDERED that the arraignment for defendants Tran, Ly, Nguyen, and Curiel shall be rescheduled to November 1, 2012, at 1:30 p.m. before The Honorable Howard R. Lloyd, United States Magistrate Judge.

DATED: 10/22/12

_____
Howard R. Lloyd
United States District Judge

STIP RE ARRAIGNMENT; [PROPOSED] ORDER
CR 11-00308 DLJ

1