MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

GRANT P. FONDO (CABN 181530)
Assistant United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Assistant United States Attorney

150 Almaden Boulevard, Suite 900
San Jose, California 95113
Telephone: (408) 535-5035
Fax: (408) 535-5066
E-Mail: grant.fondo@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-11-00308 DLJ |
| v. | PARTIES' STIPULATION CONTINUING APRIL 25, 2013, STATUS CONFERENCE AND [] ORDER |
| NORMA VALDOVINOS, ET AL., Defendants. | |

The United States, by and through its counsel of record, Assistant United States Attorneys Grant P. Fondo and David R. Callaway, and defendants Linda Tran, Elaine Ly, John Nguyen, and Pablo Curiel, through their counsel, hereby file this stipulation. Counsel for Defendant John Nguyen is unable to attend the parties' next status conference scheduled for April 25, 2013, at 1:30 p.m. Therefore, the parties request the status hearing be rescheduled to May 2, 2013, at 1:30 p.m. The government intends, at that hearing, to request a new trial date.

Counsel for the defendant requested that time be excluded under the Speedy Trial Act between April 18, 2013 (the date through which time was previously excluded) and May 2, 2013, because

STIP RE STATUS, SPEEDY TRIAL, [] ORDER
CR 11-00308 DLJ

counsel for defendant John Nguyen is unavailable, and defense counsel need additional time to review discovery produced by the FDIC. The government has no objection to excluding time.

DATED: April 17, 2013

Respectfully submitted,

MELINDA HAAG
United States Attorney

/S/
_____
GRANT P. FONDO
DAVID R. CALLAWAY
Assistant United States Attorneys


_____/S/_____
ROBERT CAREY
Counsel for Defendant Tran

_____/S/_____
JEANE DEKELVER
Counsel for Defendant LY

_____/S/_____
MATTHEW JACOBS
Counsel for Defendant Nguyen

_____/S/_____
THOMAS FERRITO
Counsel for Defendant Curiel

STIP RE STATUS, SPEEDY TRIAL, [] ORDER
CR 11-00308 DLJ

1

| | |
|---|---|
| 1 | <div align="center">[] ORDER</div> |
| 2 | Based on the parties' stipulation, and for good cause shown, IT IS HEREBY ORDERED that the |
| 3 | parties' April 18, 2013, status hearing is rescheduled to May 2, 2013, at 1:30 p.m., before the |
| 4 | undersigned. |
| 5 | Based upon the representation of counsel and for good cause shown, the Court finds that failing |
| 6 | to exclude the time between April 18, 2013, and May 2, 2013, would unreasonably deny the |
| 7 | defendant continuity of counsel and would deny counsel the reasonable time necessary for effective |
| 8 | preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  The |
| 9 | Court further finds that the ends of justice served by excluding the time between April 18, 2013, and |
| 10 | May 2, 2013, from computation under the Speedy Trial Act outweigh the best interests of the public |
| 11 | and the defendant in a speedy trial.  Therefore, IT IS HEREBY ORDERED that the time between |
| 12 | April 18, 2013, and May 2, 2013, shall be excluded from computation under the Speedy Trial Act. |
| 13 | 18 U.S.C. § 3161(h)(7)(A) and (B)(iv). |
| 14 | |
| 15 | IT IS SO ORDERED. |
| 16 | DATED: _____  _____ |
| 17 | D. LOWELL JENSEN<br>United States District Judge |

STIP RE STATUS, SPEEDY TRIAL, [] ORDER
CR 11-00308 DLJ