```
 1  MELINDA HAAG (CABN 132612)
    United States Attorney
 2
    J. DOUGLAS WILSON (DCBN 412811)
 3  Chief, Criminal Division

 4  DAVID R. CALLAWAY (CABN 121782)
    Assistant United States Attorney
 5
       150 Almaden Boulevard, Suite 900
 6     San Jose, California 95113
       Telephone: (408) 535-5596
 7     Fax:  (408) 535-5066
       E-Mail: David.Callaway@usdoj.gov
 8
    Attorneys for Plaintiff
 9
                      IN THE UNITED STATES DISTRICT COURT
10
                    FOR THE NORTHERN DISTRICT OF CALIFORNIA
11
                                SAN JOSE DIVISION
12
13  UNITED STATES OF AMERICA,          )
                                       )   No. CR 11-00308 DLJ
14                                     )
                                       )
15        v.                           )   STIPULATION CONTINUING
                                       )   STATUS CONFERENCE FOR ONE WEEK;
16                                     )   ORDER []
    JOHN NGUYEN,                       )
17                                     )   Date: June 20, 2013
             Defendants.               )   Time: 10:00 a.m
18                                     )
    _____)   Before The Hon. D. Lowell Jensen
19
```

The United States and defendant John Nguyen agree, and respectfully ask this Court to approve, continuing the status conference currently scheduled for the above date and time by one week, to **Thursday, June 27, 2013**, at 10:00 a.m., before The Honorable D. Lowell Jensen, United States District Judge. The reason is to provide defense counsel additional time to go over the proposed plea agreement with Mr. Nguyen. If the disposition under consideration by the parties is approved on both sides, it would also require Mr. Nguyen to be arraigned on a superseding information prior to the change of plea. The requested continuance will also provide the parties with some breathing room to have the information filed and arrange for Mr. Nguyen to be arraigned on

STIPULATION TO CONTINUE; ORDER []
CR 11-00308 DLJ

before the parties appear before this Court.

DATED: June 17, 2013

                                                Respectfully submitted,

                                                MELINDA HAAG
                                                United States Attorney

                                                         / s /
                                                _____
                                                DAVID R. CALLAWAY
                                                AMIE D. ROONEY
                                                Assistant United States Attorneys

                                                         / s /
                                                _____
                                                MATTHEW J. JACOBS
                                                KATHERINE C. KIM
                                                ELLIOTT J. JOH
                                                Counsel for Defendant

<u>ORDER</u>

      Based on the parties' stipulation, and for good cause shown,

      IT IS HEREBY ORDERED that the status conference currently scheduled for the above date and time is continued one week, to **Thursday, June 27, 2013**, at 10:00 a.m., before The Honorable D. Lowell Jensen, United States District Judge.

DATED: _____                  _____
                                             D. LOWELL JENSEN
                                             United States District Judge

STIPULATION TO CONTINUE; ORDER []
CR 11-00308 DLJ

1